**Order entered May 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00510-CR

**SHATTO BREONLEE COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-80528-2013**

## ORDER

We **GRANT** the trial court clerk's May 13, 2014 request for an extension of time to file

the clerk's record. The time to file the clerk's record is extended to **June 30, 2014**.


/s/      LANA MYERS
         JUSTICE